FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 25 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | UNDER SEAL |
|---|---|
| v. | Criminal Indictment |
| APRIL THOMPSON AND JAMES THOMPSON | No. 1 19-CR-378 |

THE GRAND JURY CHARGES THAT:

**Count One**
*Conspiracy to Commit Mail and Wire Fraud*
(18 U.S.C. § 1349)

1. Beginning in or about 2011 and continuing until in or about April 2019, the exact dates unknown to the Grand Jury, the defendants, APRIL and JAMES THOMPSON, did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with each other and others, both known and unknown to the Grand Jury, to devise and intend to devise a scheme and artifice to defraud, and to obtain money and property, by means of materially false and fraudulent pretenses, representations, and promises, and by the omissions of material facts, well knowing and having reason to know that said pretenses were and would be false and fraudulent when made and caused to be made and that said omissions were and would be material, and, in so doing, caused the United States Postal Service and other interstate carriers to be used, and interstate wire communications to be made, in furtherance of the scheme and artifice to defraud, in violation of Title 18, United States Code, Sections 1341 and 1343.

## BACKGROUND

It is relevant to the Indictment that during the above-listed time period:

2. Forest Investment Associates ("FIA") was an Atlanta, Georgia company that provided timberland investment advisory and management services for institutional timberland investors.

3. FIA retained Kingwood Forest Services ("Kingwood") to provide services to timber properties in various states. Kingwood hired outside contractors to provide services to FIA properties and then billed FIA for those services. Kingwood employed the defendant, APRIL THOMPSON, to manage the invoices submitted to FIA as well as requesting payments to contractors.

4. The defendants, APRIL and JAMES THOMPSON, operated trucking companies out of their house in Maud, Texas.

## MANNER AND MEANS

5. Beginning in approximately 2011, the defendants, APRIL and JAMES THOMPSON, conspired to defraud FIA by submitting fraudulent invoices that falsely claimed that JAMES THOMPSON had provided services to the FIA timber properties. In actuality, JAMES THOMPSON did not provide the services claimed on the invoices and was never engaged as a contractor for either Kingwood or FIA. This scheme caused FIA to pay JAMES THOMPSON over $4 million for services that were never rendered.

6. It was part of the scheme that during the time that she was employed at Kingwood, APRIL THOMPSON sent invoices to FIA for services purportedly

performed by JAMES THOMPSON. When sending these invoices, APRIL THOMPSON knew that JAMES THOMPSON had not performed these services and was not entitled to the funds being claimed. For instance, in December 2018, APRIL THOMPSON sent an invoice to FIA for $9,832.50 that falsely claimed JAMES THOMPSON had performed "road grading" for 103.5 hours at one of FIA's timber properties. Both APRIL and JAMES THOMPSON knew that JAMES THOMPSON did not perform "road grading" – or any work – for FIA, Kingwood, or any of the FIA timber properties.

7. The false submissions caused FIA to mail checks to JAMES THOMPSON for services that he never rendered. By way of example, as a result of the fraudulent December 2018 invoice, FIA mailed JAMES THOMPSON a check for $9,832.50. This check, along with the other checks in this scheme, were deposited into bank accounts under the defendants' joint control.

8. The defendants thereafter used the fraudulently obtained funds for their own personal benefit. For instance, in October 2018, the defendants fraudulently billed FIA for a total of approximately $332,365 for services purportedly rendered by JAMES THOMPSON. The defendants then spent much of the fraudulently obtained funds on their trucking companies and for their own personal benefit, including by making purchases at retail stores, making substantial cash withdrawals, and paying for the installation of a hot tub and pool at their personal residence.

9. The defendants took a number of steps to hide their involvement in the fraud scheme. For instance, as the Kingwood accounts manager, APRIL

THOMPSON knew how much money FIA had budgeted for each timber property. The defendants used this knowledge to keep any fraudulent invoices within the allotted budget, thereby allowing them to escape detection.

All in violation of Title 18, United States Code, Section 1349.

**Counts Two Through Eleven**
*Mail Fraud*
(18 U.S.C. § 1341 and § 2)

10. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 through 9 of this Indictment as if fully set forth herein.

11. Beginning in or about 2011, and continuing through in or about April 2019, the exact dates unknown, in the Northern District of Georgia and elsewhere, the defendants, APRIL THOMPSON and JAMES THOMPSON, aided and abetted by each other, did knowingly devise and intend to devise a scheme and artifice to defraud FIA and to obtain money from FIA by means of materially false and fraudulent pretenses, representations, and promises, and by the omissions of material facts, well knowing and having reason to know that said pretenses were and would be false and fraudulent when made and caused to be made and that said omissions were and would be material.

12. On or about the dates listed below for each count, in the Northern District of Georgia and elsewhere, the defendants, APRIL THOMPSON and JAMES THOMPSON, aided and abetted by each other, for the purpose of executing and

attempting to execute the aforementioned scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses and representations, knowingly caused FIA to send the following checks by mail and by private and commercial interstate carrier to JAMES THOMPSON:

| Count | Date | Mailing |
| --- | --- | --- |
| 2 | 11/10/2014 | Check in the amount of $10,530.00 |
| 3 | 2/2/2015 | Check in the amount of $13,200.00 |
| 4 | 12/7/2015 | Check in the amount of $14,430.00 |
| 5 | 2/29/2016 | Check in the amount of $10,890.00 |
| 6 | 11/7/2016 | Check in the amount of $12,085.00 |
| 7 | 4/10/2017 | Check in the amount of $13,010.00 |
| 8 | 9/25/2017 | Check in the amount of $21,090.00 |
| 9 | 3/19/2018 | Check in the amount of $20,020.00 |
| 10 | 10/22/2018 | Check in the amount of $41,920.00 |
| 11 | 1/28/2019 | Check in the amount of $12,301.27 |

All in violation of Title 18, United States Code, Section 1341 and Section 2.

### Forfeiture

13. Upon conviction of any the offenses alleged in Counts One through Eleven of this Indictment, the defendants, APRIL THOMPSON and JAMES THOMPSON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), and Title 28, United States Code, Section 2461(c), any

and all property constituting, or derived from, proceeds obtained directly or indirectly as a result of said violations; and

14. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 852(p), as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above; all pursuant to Title 18, United States Code,

Sections 981(a)(1)(C) and 982(a)(2)(B), and Title 28, United States Code, Section 2461(c).

A _____ True _____ BILL

_____
FOREPERSON

BYUNG J. PAK
  *United States Attorney*

THOMAS J. KREPP
  *Assistant United States Attorney*
Georgia Bar No. 346781

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

7